UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                  Case No.: 3:11-bk-00205
                                                                                        Chapter 13

Samuel Larry Sikes and
Vivian Inez Sikes,
    Debtor(s).
_____/

## MOTION TO EXTEND TIME TO CURE ARREARAGE ON CHAPTER 13 PLAN

    COMES NOW, Debtors, by and through the undersigned counsel, and moves this Honorable Court for an extension of time to cure the outstanding delinquent amount in accordance with the Chapter 13 Plan, and in support thereof states as follows:

1. On January 13, 2011, the Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.
2. On October 21, 2011 the thirty-six (36) month Plan was confirmed with payments of $1,165.41.
3. At the time of confirmation, the Debtors had an arrearage of $1404.58 and were given thirty (30) days to cure this arrearage.
4. Debtors initially fell behind due to a miscommunication between the Debtors and the undersigned attorney. The first continued Confirmation Hearing scheduled on July 5, 2011 was unexpectedly continued after a Housekeeping Plan was submitted to the Trustee. The Housekeeping Plan was then accepted and continued on with an increase in payment amount.
5. The Debtors' continued to pay the amount submitted under the Second Amended Chapter 13 Plan.
6. As a result, the Debtors' arrearage grew to its current amount.
7. As of the date of this Motion, the Debtors have paid $8508.35 total into the Plan.
8. The Debtors' intend to cure the arrearage, but due to their fixed income, cannot cure within the time allowed.
9. An Order Granting the Debtors' Motion to Extend Time would not prejudice the creditors since Debtors are making and will continue to make the ongoing plan payments.

WHEREFORE, the Debtor(s) respectfully request this Honorable Court to enter an Order granting a 60 day extension to cure the Plan arrearages.

Date: November 17, 2011

                                            Respectfully submitted,

                                            /s/ John J. Freeman
                                            John J. Freeman

Florida Bar #58618
LaBella Law, P.L.
1665 Kingsley Avenue, Suite 108
Orange Park, Florida 32073
Phone: (904) 541-1643
Fax: (904) 541-1676
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2011**, a copy of the **Motion to Extend Time to Cure Arrearage on Chapter 13 Plan** was served electronically or by regular United States mail to the Trustee.

/s/ John J. Freeman
John J. Freeman