[31714] [Notice of Preliminary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                   Case No. 3:11−bk−00205−JAF
                                                                                         Chapter 13

Samuel Larry Sikes Sr.



Vivian Inez Sikes


_____Debtor(s)_____/


NOTICE OF PRELIMINARY HEARING


   NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville, Florida, on January 4, 2012 at 2:30 p.m. , to consider and act upon the following matter:

   Motion to Extend Time to Cure Arrearage in Confirmed Plan Payments filed by Debtors

   and transact such other business as may properly come before the hearing.

   1. The hearing may be continued upon announcement made in open Court without further notice.

   2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

   3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

   Dated November 18, 2011.


                                            Lee Ann Bennett, Clerk of Court
                                            300 North Hogan Street Suite 3−350
                                            Jacksonville, FL 32202


   Copies furnished to:
   Debtor
   Debtor(s)' Attorney
   Trustee
   US Trustee
   All Interested Parties